IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEJANDRO RANGEL GONZALEZ,

    Petitioner,                     No. CIV S-05-1954 LKK GGH P

vs.

DAVID L. RUNNELS, Warden,

    Respondent.                  <u>ORDER</u>

_____/

        Counsel for petitioner has moved for an order substituting private counsel for the Office of the Federal Defender. Counsel has included with the October 26, 2005 motion a lodged proposed order via ECF in .pdf format, but has failed to email a proposed order in wordprocessing format in accordance with the local rules. In order for the court to consider petitioner's counsel's request, counsel must comply with Local Rule 5-137(b).

        IT IS SO ORDERED.

Dated: 11/01/05

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009
gonz1954.ord