IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEJANDRO RANGEL GONZALEZ,

    Petitioner,                      No. CIV S-05-1954 LKK GGH P

    vs.

DAVID L. RUNNELS, Warden,

    Respondent.                    <u>ORDER</u>

_____/

        Petitioner's counsel has requested an extension of time to file a joint scheduling statement pursuant to the court's order filed on October 25, 2005. Petitioner's November 15, 2005 request includes a lodged proposed order via ECF in .pdf format. However, petitioner has not submitted a proposed order in ***word processing format*** via email in accordance with the local rules.

        In order for the court to consider petitioner's request, counsel must comply fully with Local Rule 5-137(b).   IT IS SO ORDERED.

Dated: 11/18/05                      /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

ggh:009
gonz1954.ord2