UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RANGEL GONZALEZ, | Case No. CIV S 05-1954 LKK GGH |
| Petitioner, | ORDER **DENYING** REQUEST FOR |
| vs. | EXTENSION OF TIME TO FILE |
| | MOTION TO EXPAND RECORD OR |
| DAVID L. RUNNELS, WARDEN, | REQUEST FOR AN EVIDENTIARY |
| Respondents | HEARING **FOR NO CAUSE SHOWN** |

    Petitioner, on September 13, 2006, filed an Ex Parte Motion for an Extension of Time to File a Motion to Expand the Record or for an Evidentiary Hearing by petitioner in the above named case, proposing that the motion be granted for the good cause shown herein.  However, petitioner did not file any declaration with the proposed order, setting forth any basis for a finding of good cause by the court. Therefore, IT IS HEREBY ORDERED that petitioner's motion is denied without prejudice to petitioner who should re-submit the request along with an affidavit or declaration which makes a showing of good cause for any time extension.

Dated: 9/20/06

                                         <u>/s/ Gregory G. Hollows</u>
                                         GREGORY G. HOLLOWS
                                         United States Magistrate Judge

gonz1954.pon