UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RANGEL GONZALEZ, | Case No.CIV S05-1954 LKK GGH  P |
| Petitioner, | ORDER GRANTING REQUEST FOR |
| vs. | EXTENSION OF TIME TO FILE |
| | MOTION TO EXPAND RECORD OR |
| DAVID L. RUNNELS, WARDEN, | REQUEST FOR AN EVIDENTIARY |
| Respondents | HEARING |
| | [LOCAL RULE 6-142, SUB.(C)] |

Pursuant to this Ex Parte Motion for an Extension of Time to File a Motion to Expand the Record or for an Evidentiary Hearing by petitioner in the above named case, and for the good cause shown herein, IT IS HEREBY ORDERED that petitioner's motion will be due on October 20, 2006.

Dated: 9/25/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

gonz1954.po