UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RANGEL GONZALEZ, | ) Case No. CIV S 05-1954 LKK GGH  P |
| Petitioner, | ) ORDER GRANTING REQUEST FOR VACATING |
| vs. | ) AND RESETING EVIDENTIARY HEARING |
| | ) [LOCAL RULE 6-144, SUB.(C)] |
| DAVID L. RUNNELS, WARDEN, | ) |
| Respondents | ) |

Pursuant to this Request and Stipulation to vacate and reset the evidentiary hearing by petitioner in the above named case, and for the good cause shown herein, IT IS HEREBY ORDERED that the date for the evidentiary hearing now set for February 26, 2007, be vacated and it be reset for Monday, June 11, 2007, at 9:00 a.m.

Dated: 2/7/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
United States Magistrate Judge

gonz1954.po2

-1-