UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RANGEL GONZALEZ,<br><br>    Petitioner,<br><br>    vs.<br><br>DAVID L. RUNNELS, WARDEN,<br><br>        Respondents | Case No. CIV S 05-1954 LKK GGH  P<br><br>ORDER GRANTING REQUEST FOR VACATING<br>AND RESETTING OF EVIDENTIARY HEARING<br>[LOCAL RULE 6-142, SUB.(C)] |

Pursuant to this Ex Parte Motion by petitioner to vacate and reset the evidentiary hearing in the above named case from June 11, 2007 to November 19, 2007, and for the good cause shown herein, IT IS HEREBY ORDERED that the evidentiary hearing will be heard on November 19, 2007 at 9:00 a.m.

Dated: 5/24/07

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

gonz1954.po3

-1-