IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEJANDRO RANGEL GONZALES,

    Petitioner,               No. CIV S-05-1954 LKK GGH P

    vs.

DAVID L. RUNNELS, Warden,

    Respondent.           <u>ORDER</u>

                               /

        Petitioner, a state prisoner proceeding with appointed counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 7, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Respondent has filed objections to the findings and recommendations to which petitioner has filed a reply.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the

1

1  entire file, the court finds the findings and recommendations to be supported by the record and
2  by proper analysis.
3          Accordingly, IT IS HEREBY ORDERED that:
4          1.  The findings and recommendations filed January 7, 2008, are adopted in full;
5  and
6          2.  Respondent's motion to dismiss, filed on June 5, 2006, is denied, and
7  respondent is directed to file an answer within thirty days.
8      DATED: March 4, 2008.

                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT