|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | IN THE UNITED STATES DISTRICT COURT | |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |
| 10 | ALEJANDRO RANGEL GONZALEZ, | |
| 11 | Petitioner, | No. CIV S-05-1954 LKK GGH P |
| 12 | vs. | |
| 13 | DAVID L. RUNNELS, | |
| 14 | Respondent. | ORDER |
| 15 | _____/ | |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On March 18, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 18, 2009, are adopted in full;

2. An evidentiary hearing regarding petitioner's claim that trial counsel advised him to reject a plea offer is scheduled for June 22, 2009, before Magistrate Judge Hollows; and

3. Petitioner's remaining claims for a writ of habeas corpus are denied.

DATED: April 9, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT