MARYLOU HILLBERG
State Bar No. 88645
P.O. Box 1879
Sebastopol, CA  95473
Telephone (707) 575-0393
Fax  (707) 829-1197
E-mail  hillberg@sonic.net

ATTORNEY FOR PETITIONER,
ALEJANDRO RANGEL GONZALEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RANGEL GONZALEZ,<br><br>  Petitioner,<br><br>  vs.<br><br>DAVID L. RUNNELS, WARDEN,<br><br>  Respondents | Case No. CIV S 05-1954 LKK GGH  P<br><br>PETITIONER'S NOTICE & MOTION FOR<br><br>A WRIT OF HABEAS CORPUS AD<br><br>TESTIFICANDUM<br><br>ORDER AND WRIT OF HABEAS<br><br>CORPUS AD TESTIFICANDUM FOR<br><br>HEARING ON<br><br>AUG. 3, 2009; 9:00 A.M.  DEPT. 24 |

TO:  EDMOND G. BROWN, JR.  Attorney General for the State of California, and to JULIE A. HOKANS, Supervising Deputy Attorney General

PLEASE TAKE NOTICE that petitioner, ALEJANDRO RANGEL GONZALEZ, through his appointed counsel, Marylou Hillberg, in accordance with this court's order, hereby respectfully asks that this court issue a writ of habeas corpus ad testificadum requiring that Anthony Hedgpeth, Warden or other sheriff or jailor of the Kern Valley State Prison in Delano, California, to produce the body of Alejandro Gonzalez, inmate number T-23496, date of birth, 09/17/1978, in his or her custody in the above mentioned institution before the United States District Court, Federal Building, United

States Courthouse, 501 I Street, Department 26, Sacramento, California on August 3, 2009 at 9:00 and from day to day until completion of the hearing in order that Mr. Gonzalez may then and there testify and assist counsel in her representation of him at this hearing and at the termination of said hearing to return him forthwith to the above mentioned institution.

Petitioner Gonzalez further asks this Court to order that the above-named custodian notify the court of any change in the custody of Mr. Gonzalez and that he be ordered to provide any new custodian with a copy of this writ.

Dated: July 8, 2009        Respectfully submitted,

/s/Marylou Hillberg
Marylou Hillberg,
Attorney for Petitioner
ALEJANDRO RANGEL GONZALEZ

**ORDER GRANTING WRIT OF HABEAS CORPUS AD TESTIFICANDUM ORDERING THE PRODUCTION OF THE BODY OF** ALEJANDRO GONZALEZ, INMATE NUMBER T-23496, DATE OF BIRTH, 09/17/1978
FOR EVIDENTIARY HEARING ON AUGUST 3, 2009 AT 9:00 AM
BEFORE DEPARTMENT 24 OF THIS COURT.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Anthony Hedgpeth, Warden or other sheriff or jailor of the Kern Valley State Prison in Delano, California, to produce the body of Alejandro Gonzalez, inmate number T-23496, date of birth, 09/17/1978, in his or her custody in the above mentioned institution before the United States District Court, Federal Building, United States Courthouse, 501 I Street, Department 24, Sacramento, California on August 3, 2009 at 9:00 and from day to day until completion of the hearing in order that Mr. Gonzalez and at the termination of said hearing to return him forthwith to the above mentioned institution.

Dated: July 9          , 2009

  /s/ Gregory G. Hollows
Magistrate Judge Gregory G. Hollows

Gonz1954.wrt