IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEJANDRO RANGEL GONZALEZ,

    Petitioner,     No. CIV S-05-1954 LKK GGH P

  vs.

DAVID L. RUNNELS,     ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM

    Respondent.
_____/

    Petitioner, proceeding with appointed counsel, filed a petition pursuant to 28 U.S.C. §2254. On July 10, 2009, an Order and Writ was issued requiring Kelly Harrington, Warden or other sheriff or jailor of the Kern Valley State Prison in Delano, California to produce the body of Alejandro Gonzalez, inmate number T-23496, date of birth, 09/17/1978, at the US District Court in Sacramento for an evidentiary hearing on August 3, 2009. That hearing date is now vacated.

    ACCORDINGLY IT IS HEREBY ORDERED that:

    1. The August 3, 2009, hearing is vacated and petitioner, Alejandro Gonzalez, is not to be produced.

    2. The Clerk shall serve a copy of this order on the warden of Kern Valley State Prison and the out-to-court desk, California State Prison Sacramento.

DATED: July 28, 2009

                                    /s/ Gregory G. Hollows
                                    UNITED STATES MAGISTRATE JUDGE

GGH:AB - gonz1954.vac

1